



## MEMORANDUM OPINION

No. 04-12-00261-CV

Craig Phillips **HUMMEL**,
Appellant

v.

Christian H. **HUMMEL**, Bettye Jo Hummel, Charles W. Hummel, Jr.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 09-09-00118-CVK
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting: Phylis J. Speedlin, Justice
    Rebecca Simmons, Justice
    Steven C. Hilbig, Justice

Delivered and Filed: September 26, 2012

DISMISSED

Appellant's brief, which was due on July 31, 2012, has not been filed. On August 10, 2012, this court ordered appellant to show cause in writing by August 24, 2012 why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

PER CURIAM